Kenneth Boyman
P. O. Box 694
Santa Monica,
Ca. 90406

2:21cv800-VAP-AGRx

CV21-800-

LN

JAN 28, 2021

NO CV71
NO CV30

## Plaintiff Boyman's Complaint Declaration

Dear Honor or To Whom It May Concern,

1. Be aware that on December 5th, 2019 the internet FBI internet Police Authorities of
2. Interpol raided Walt Disney Studios worldwide for crimes against Plaintiff and children
3. victimized by Defendant Disney. Police authorities world wide forced Defendant Disney
4. to remove rip off, counterfit Disney videos. Plantiff demands a jury trial and rests on this
5. motion. Plaintiff's video titled "High School Miserable" created in 2008, is a Sag/Aftra
6. ASCAP professional production posted to Youtube as "High School Miserable" in 2009
7. and is still being shopped since 2009 by Columbia Pictures and Hollywood Legend,
8. Walter Moshay, producer of Pippi Longstocking. Google Defendant posts the truth on
9. Youtube, Google claims to have hidden and removed Plaintiffs work for over 8 years.
10. Defended Disney confesses in federal court declaration to remove Plaintiffs video from
11. Youtube in 2010, both defendants replacing Plaintiffs video with defendant's video with
12. the same title and same complete subject matter. Defendants Disney did not register their
13. production honestly until 2012, proving both Defendants Disney and Google had
14. knowledge and intent to defraud Plaintiff and the Government by falsifying United States
15. Copyright Government documents. Defendant Disney, Chief Counsel Alexander Myers
16. lies repeatedly on court declarations as well as RICO Statutes in Plaintiffs case. Myers
17. deceives and intentionally lies to mislead the court and fool the judge. Myers claiming
18. only one copyright violation is a lie. Myers knows and is very aware that there are over
19. five copyright violations alone and many criminal violations by both Disney Enterprises
20. Inc. and Google. This is proven on legal Government US copyright forms and the record
21. proves the same. Disney violations date include 2010, 2012, 2012, 2013, 2013.
22. Additionally, Disney produced a complete movie with Plaintiffs title and subject matter.
23. Plaintiff attempted to serve defendant Disney in 2014 by Judges Order but the Los
24. Angeles County Sheriffs Dept. refused and disobeyed a direct Judges order. Plaintiff
25. served Defendant successfully 9 months later. Defendant Disney continues to lie and
26. fraudulently claim authorship and copyright claimants to Plaintiffs registered works. I
27. Plaintiff do swear that Mr. Myers told me, Plaintiff that he, Myers, owns the courts and
28. Mr. Myers has proven this by his company bribery to Clinton and Obama appointed
29. federal court judges. Like Dolly M. Gee and Andre Birotti Jr. who are above the law and
30. can accept bribes and immune and exempt from criminal prosecution. Judge Dolly M.
31. Gee took a bribe by Disney defendant to dismiss my case is unconstitutional for RICO
32. crimes against me, perpetrated by both Disney Enterprises and Google. I plaintiff request
33. a jury trial as soon as possible.

Respectfully yours,

Kenneth Boyman, Plaintiff



**KIRY K. GRAY**
District Court Executive and
Clerk of Court

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501

July 29, 2020

*Via U.S. Mail*

Kenneth Boyman
PO Box 694
Santa Monica, CA 90406

Re:   Mail Received by the U.S. District Court, Central District of California

Dear Kenneth Boyman:

On July 22, 2020, we received the document(s) you sent to the United States District Court for the Central District of California. However, your document(s) do not list a case number, and a review of the court's docket reflects there are no pending cases in this court in which you are a party. All of your cases are closed. The court cannot file your document(s) or otherwise act upon them unless you identify an existing case in this court to which they relate, or choose to initiate a new case in this court. Accordingly, your document(s) are being returned to you.

If you wish to initiate a new case in this court, information about filing a civil case without a lawyer can be found on the court's website at www.cacd.uscourts.gov. Look for the "People Without Lawyers" link at the top of the court's

homepage.

Sincerely,

Deputy Clerk, U.S. District Court

Enclosure(s)/

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
Santa Monica Courthouse Department N
CASE REGISTER
SC129686 KENNETH BOYMAN VS DISNEY ENTERPRISES INC.

| Date | Action |
|---|---|
| 08/14/2018 | Case Filed/Opened:Racketeering Case |
| 08/14/2018 | Document:Complaint Filed Filed by: N/A |
| 08/14/2018 | Document:Request-Waive Court Fees Filed by: Plaintiff & Plaintiff In Pro Per |
| 08/14/2018 | Calendaring:Conference-Case Management 02/11/19 at 8:30 am Craig D. Karlan |
| 08/16/2018 | Document:Order - Other Filed by: Plaintiff & Plaintiff In Pro Per |
| 02/05/2019 | Notice Re: Continuance of Hearing and Order Filed by: Clerk |
| 02/05/2019 | Reset - Court Unavailable, Case Management Conference scheduled for 02/11/2019 at 08:30 AM in Santa Monica Courthouse at Department N Not Held - Continued - Court's Motion was rescheduled to 04/15/2019 08:30 AM |
| 02/05/2019 | Updated -- KENNETH BOYMAN (Plaintiff): Middle Name: blank |
| 02/20/2019 | Declaration of Truth Timeline 2008-2019 Filed by: KENNETH BOYMAN (Plaintiff) |
| 04/08/2019 | Brief The Mousstapo in the High Castle Filed by: KENNETH BOYMAN (Plaintiff) |

PAGE: 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

Registration Number

**TXu 1-716-711**

Effective date of registration:

May 22, 2009

## Title

**Title of Work:** HIGH SCHOOL MISERABLE

**Previous or Alternative Title:** High School Miserable 1 High School Miserable 2 High School Miserable 3

## Completion/Publication

**Year of Completion:** 2009

## Author

**Author:** Kenneth Edward Boyman

**Author Created:** A Musical play with a script called High School Miserable

**Citizen of:** United States

**Year Born:** 1963

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Kenneth Edward Boyman

PO Box 5660, Santa Monica, CA 90409

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Kenneth Edward Boyman

---

**Copyright Office notes:** Regarding copyright claimant: no name given on application. Claim registered in author's name as claimant. 37 CFR 202.3(a)(3).

 **Step Up**

Permanent supportive housing · Mental health and Veteran services
Vocational training & job placement · Member-driven support & socialization
Services for transitional age youth & their families
Outreach & engagement services to end homelessness · Education & advocacy



Daniel's Places

June 10th, 2020

To whom it may concern,

I am writing to inform you that Mr. Kenneth Boyman did not receive any mail throughout the month of December. If you have any further questions, you can reach me directly at 323-895-3139

Thanks,

*Rebecca Kennedy*

Rebecca Kennedy, ASW

Step Up On Second

1460 4th Street · Santa Monica · CA · 90401· 310.576.1308 x1245 · www.stepuponsecond.org · @stepuponsecond

stephen lobman high school moserable

High School Miserable - YouTube
YouTube › watch



UPLOADED BY:
highschoolmiserable

POSTED:
Apr 27, 2009

highschoolmiserable - YouTube
YouTube › user › highschoolmiserable

High School Miserable - Duration: 3 minutes, 55 seconds. 1,997 views; 8 years ago. This item has been hidden.

Detroit Free Press from Detroit, Michigan on March 29, 1866 ...
Newspapers.com › newspage

In no instance, are the estimated expenses for school purposes, for the year ..... T a tSltf tTTf Mil Besoiatian far opening and extendlig Stephen street, In tbo ...

Mail body: Re: Declaration of Real facts and Truth

On Tue, Apr 30, 2019, 11:57 AM RAT DISNEY <ratdisney@gmail.com> wrote:
Please Read

---------- Forwarded message ----------
From: RAT DISNEY <ratdisney@gmail.com>
Date: Tue, Apr 30, 2019, 11:55 AM
Subject: Declaration of Real facts and Truth
To: RAT DISNEY <RATDISNEY@gmail.com>

I Walter Moshay attest to the facts that I am still personally involved in the production and shopping of the Sag/Aftra - ASCAP production High School Miserable created in 2008 called and registered as posted on YouTube 2009 A's High School Miserable this very professional production criminally hijacked counterfeited sabotaged and stolen by piracy and fraud with criminal activities and criminal disneyvious intent with criminal knowledge to steal plaintiffs work in 2010 and not really registered till 2012 falsifying Government documents movie in 2012 twice again in 2013 ? Crimes against plaintiffs work is obviously a habit an addiction that is criminally insane that staggers the imagination proving both Defendants had knowledge and intent to defraud still claims copyright claimant and authorship to plaintiffs work defendants bribe Federal court judges and endlessly lie on decLIARations. Both Defendants in CONspiracy destroyed our project and any hopes of plaintiffs works on getting the proper funding to. Produce a full blown major motion movie picture and sound track this is the Truth and. Real Facts that cannot be disputed nor in any way denied this case the truths and criminal acts & facts have been admitted by both Defendants as posted by Google - Thank U- Walter Moshay producer of Pippi Longstocking

Walter Moshay
4/30/19

1  be enough to raise a right to relief above a speculative level"); *Ashcroft v. Iqbal*,
2  556 U.S. 662, 678 (2009) (noting that "[t]hreadbare recitals of the elements of a
3  cause of action, supported by mere conclusory statements" are not sufficient to
4  plead a claim). This is also true in cases where a plaintiff represents him or herself.
5  *See Newsom v. Countrywide Home Loans, Inc.*, 714 F.Supp.2d 1000, 1006 (N.D.
6  Cal. 2010) (holding *pro se* litigant to pleading standards articulated in *Twombly* and
7  *Iqbal*).

### B. All Of Plaintiff's Claims Are Time-Barred

8  The only claim explicitly made in Plaintiff's pleading is under RICO. But
9  civil RICO claims must be brought within four years of the alleged violations. *See*
10 *Pincay v. Andrews*, 238 F.3d 1106, 1108 (9th Cir. 2001). The Amended Complaint
11 plainly specifies that the actions complained of – the removal of Plaintiff's video
12 from YouTube and the posting of Defendant's video on YouTube occurred in
13 2010. There are no allegations of any more recent action by Defendant. There are



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = high school miserable
Search Results: Displaying 1 through 4 of 4 entries.



Resort results by:

| # | Title < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [1] | "HIGH SCHOOL MISERABLE". | DISNEY SONNY WITH A CHANCE : 2-08, "HIGH SCHOOL MISERABLE". | PA0001773989 | 2010 |
| [2] | High school miserable. | High school miserable. | V9904D678 | 2013 |
| [3] | High School Miserable. | High School Miserable. | V9905D197 | 2013 |
| [4] | HIGH SCHOOL MISERABLE. | HIGH SCHOOL MISERABLE. | TXu001716711 | 2009 |

MOTION TO DISMISS



*By Reed Albergotti and Vanessa O'Connell*

Now that U.S. sports authorities have successfully pursued a doping case against Lance Armstrong, some federal investigators want to know why U.S. prosecutors wouldn't.

In February, the U.S. Attorney in Los Angeles, Andre Birotte Jr., dropped a two-year criminal investigation into Mr. Armstrong and his U.S. Postal Service cycling team that had looked into whether Mr. Armstrong and others defrauded sponsors by

  



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

April 12, 2018

Kenneth Boyman
PO Box 694
Santa Monica, CA 90406

      Re: Citizen Complaint

Dear Mr. Boyman:

This letter is in regards to your request for a complaint form received April 2018.

I have enclosed the documents that you requested, please read the information provided prior to submitting a complaint.

Be advised that the United States Attorney's Office **does not** conduct investigations, provide legal advice, answer legal questions or represent private citizens.

Thank you for your inquiry and this office regrets it is unable to be of further assistance.

Sincerely,

*[signature]*

Citizen Complaint Section

▪ Verizon LTE   4:31 PM   ⚹ 36%

🔍 🔒 dolly m gee bribes kirkland and elis

newsmidnight.online › tag › Dolly-Gee

Testimony by: Honorable Dolly M. Gee, . ... Federal Judge Dolly Gee charged with Misconduct, excepted Bribe ... Gee excepted a **$1Million bribe** facilitated by NFL executives & law firm Kirkland & Ellis ...

Dolly Gee tagged videos  Midnight News - Check Midnight News
newsmidnight.online › tag › CBUQAA

M-Gee ft Dolly body × don't trust any ×47th floor riddim. 2 years ago. 47th floor riddim. ... Kirkland & Ellis attorneys to be disbarred for helping NFL bribe judge Dolly Gee. 3 months ago. Kirkland & Ellis ...

Treasury & Risk › author › profile

But Kirkland & Ellis partners Lauren



# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,815,921**
**Registered Sep. 22, 2015**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

KENNETH EDWARD BOYMAN (UNITED STATES INDIVIDUAL)
P.O. BOX 694
SANTA MONICA, CA 90403

FOR: GREEN OR ENVIRONMENTALLY FRIENDLY ADVERTISING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-5-2009; IN COMMERCE 1-5-2009.

OWNER OF U.S. REG. NO. 3,719,813.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GREEN ADVERTISING" AND THE UNIVERSAL RECYLCING SYMBOLS, APART FROM THE MARK AS SHOWN.

THE MARK CONSIST OF TWO UNIVERSAL RECYCLING SYMBOLS, A DEPICTION OF THE EARTH WITHIN A PEACE SIGN, THE STYLIZED WORD "GREEN" AND THE STYLIZED WORD "ADVERTISING" IN A CIRCLE. THE CIRCLE IS SURROUNDED BY STARS.

SER. NO. 86-329,822, FILED 7-7-2014.

BRENDAN MCCAULEY, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office



